UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOARD 11 COLLECTIVE ACCOUNT
TRUST, in its representative capacity,
NECA-IBEW LOCAL 1205 PENSION
FUND and NECA-IBEW FAMILY
INSURANCE BENEFIT FUND,
KEVIN TIGHE and MATTHEW W.
MEADOWS, in their capacities as
Plan Trustees,

Civil Action No. 3:10-cv-1062-J-12JBT

    Plaintiffs,

v.

S. E. WILLIAMS ELECTRIC, INC.,
a Florida corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court on Plaintiffs' Motion for Default Final Judgment (Dkt. No. 13) with supporting documents having been filed by Plaintiffs, including the Declaration of David Mast and the Affidavits of Peter E. Nicandri and Jacob A. Brown.

The Court, having duly heard all issues and being fully advised in the premises, it is **ORDERED AND ADJUDGED**:

    1.    Defendant S. E. Williams Electric, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure and

controlling case law in the Eleventh Circuit.

2. Defendant S. E. Williams Electric, Inc. violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to Plaintiff Plans on a timely basis and failing to submit monthly remittance reports to Plaintiff Plans.

3. Plaintiffs' Motion for Default Final Judgment (Dkt. No. 13) is granted and the Court assesses damages, consisting of delinquent contributions ($5,390.00 to the Pension Fund and $22,271.09 to the Benefit Fund), late payment charges ($1,381.55), and reasonable attorney fees and costs ($3,185.00), to Plaintiffs and against Defendant in the total sum of $32,227.64.

**IT IS HEREBY FURTHER ORDERED:**

That the Clerk of Court is directed to enter judgment in favor of Plaintiffs Board 11 Collective Account Trust, in its representative capacity, NECA-IBEW Local 1205 Pension Fund and NECA-IBEW Family Insurance Benefit Fund, Kevin Tighe and Matthew W. Meadows, in their capacities as Plan Trustees, and against Defendant S. E. Williams Electric, Inc. in the amount of $32,227.64.

Dated this 4th day of May, 2011.

*Howell W. Melton*
SENIOR U.S. DISTRICT JUDGE

Copies: Counsel of Record
SE WILLIAMS ELECTRIC Inc., 2002 NE WALDO RD., Gainesville, Fl 32609-8944